UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISAM ELWADI, et al.,

Plaintiffs

-v.-

GODFATHER DELI CORP., et al.,

Defendants.

26 Civ. 4969 (JHR) (HJR)

ORDER

JENNIFER H. REARDEN, District Judge:

On September 30, 2026, Plaintiffs filed a stipulation of voluntary dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), of this Fair Labor Standards Act ("FLSA") case against Defendants Godfather Deli Corp., Ahmad F. Alzubi, and Jafar Ahmad Alrawashdeh. ECF No. 20. That stipulation would dismiss without prejudice Plaintiffs' case against Defendants Godfather Deli Corp. and Jafar Ahmad Alrawashdeh. *Id.* In *Samake v. Thunder Lube, Inc.*, 24 F.4th 804 (2d Cir. 2022), the Second Circuit concluded that where parties seek to voluntarily dismiss FLSA claims under Rule 41(a)(1)(A), the Court must "inquire whether the parties had reached a settlement" to ensure that dismissal does not allow the parties to "evade *Cheeks* review." *Id.* at 807, 810-11.

The Court will accept a stipulation of dismissal under Rule 41(a)(1)(A)(i) if Plaintiffs certify that there has been no settlement of Plaintiffs' FLSA claims against Defendants Godfather Deli Corp. and Jafar Ahmad Alrawashdeh. Counsel shall review the Second Circuit's opinion in *Samake* and file a letter by **October 9, 2026** stating whether the parties have reached a settlement and, if so, whether they intend to seek settlement approval.

SO ORDERED.

Dated: October 5, 2026
New York, New York

Jennifer H. Rearden

JENNIFER H. REARDEN
United States District Judge