UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISAM ELWADI, et al.,<br>Plaintiffs,<br>-v.-<br>GODFATHER DELI CORP., et al.,<br>Defendants. | 26 Civ. 4969 (JHR) (HJR)<br>ORDER |

JENNIFER H. REARDEN, District Judge:

On September 30, 2026, Plaintiffs filed a stipulation of voluntary dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), of this Fair Labor Standards Act ("FLSA") case against Defendants Godfather Deli Corp., Ahmad F. Alzubi, and Jafar Ahmad Alrawashdeh. ECF No. 20. That stipulation would dismiss without prejudice Plaintiffs' case against Defendants Godfather Deli Corp. and Jafar Ahmad Alrawashdeh. *Id.* On October 5, 2026, the Court directed Plaintiffs to review the Second Circuit's opinion in *Samake v. Thunder Lube, Inc.*, 24 F.4th 804 (2d Cir. 2022). ECF No. 22. In *Samake,* the Second Circuit held that the Court must evaluate voluntary dismissals of FLSA claims under Rule 41(a)(1)(A) to ensure that they do not obscure a settlement. 24 F.4th at 807. The Court therefore also directed Plaintiffs to certify that there has been no settlement of FLSA claims. ECF No. 22. On October 9, 2026, Plaintiffs filed a letter confirming "that the parties have not reached a settlement in the above-referenced action." ECF No. 23.

The Court now concludes that there is no underlying settlement and, thus, accepts Plaintiffs' voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

The Clerk of Court is directed to terminate Godfather Deli Corp. and Jafar Ahmad Alrawashdeh as Defendants in this case. The Clerk of Court is further directed not to close the case.

SO ORDERED.

Dated: October 9, 2026
New York, New York

Jennifer H. Rearden

JENNIFER H. REARDEN
United States District Judge