USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 11/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISAM ELWADI, *et al.*,

Plaintiffs,

-v-

GODFATHER DELI CORP., *et al.*,

Defendants.

**ORDER**

26-CV-4969 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiffs' letter motion, ECF No. 27 (the "Letter Motion"), seeking to compel Defendant to respond to discovery requests. Defendant shall respond to the Letter Motion by **November 30, 2026**. The undersigned will hold a conference via telephone to address the Letter Motion on **December 16, 2026** at **3:00 p.m.** Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 262 133 835#).

**SO ORDERED.**

Dated: November 23, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge